**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|                    | 100 EAST FIFTH STREET, ROOM 540        |                          |
|--------------------|----------------------------------------|--------------------------|
| Deborah S. Hunt    | POTTER STEWART U.S. COURTHOUSE          | Tel. (513) 564-7000      |
| Clerk              | CINCINNATI, OHIO 45202-3988            | www.ca6.uscourts.gov     |

Filed:  July 21, 2023

Mr. Daniel Paul Bock
Mr. Robert P. Reichel
Office of the Attorney General
of Michigan
P.O. Box 30755
Lansing, MI 48909

Mr. David Hyler Coburn
Ms. Alice Elizabeth Loughran
Mr. Mark Christopher Savignac
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Mr. Phillip J. DeRosier
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

> Re:  Case No. 23-1671, *Dana Nessel v. Enbridge Energy, LP, et al*
> Originating Case No. : 1:21-cv-01057

Dear Counsel,

   The court entered an order in case number 23-102 granting the Petition for Permission to Appeal under *28 U.S.C. § 1292(b)* and today docketed the petition. This appeal has been docketed as case number **23-1671** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   You have until **August 4, 2023** to either pay the $505.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit.   Either one must be paid/filed with the U.S. District Court.  **Failure to do one or the other may result in the dismissal of the appeal without further notice**.  If you move for

pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **August 4, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-1671**

DANA NESSEL, Attorney General of the State of Michigan, on behalf of the people of the State of Michigan

      Plaintiff - Appellant

v.

ENBRIDGE ENERGY, LP; ENBRIDGE ENERGY COMPANY, INC.; ENBRIDGE ENERGY PARTNERS, L.P.

      Defendants - Appellees