**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

## Selected docket entries for case 23−1671

Generated: 07/15/2025 13:56:42

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 09/26/2023 | 30 amicus curiae brief **DOCUMENT COULD NOT BE RETRIEVED!** | | AMICUS BRIEF filed by For Love Of Water , without parties' consent. Certificate of Service:09/26/2023. [23−1671] (JMO) |