**607 - 6th Floor West Courtroom, 1:00 P.M.**             **Thursday, March 21, 2024**
**Griffin, Thapar, Nalbandian**

**23-1671**     Dana Nessel v. Enbridge Energy, LP, et al.

Dana Nessel            ret    Daniel Paul Bock
*3 Minutes Rebuttal*

     **Plaintiff – Appellant**

           **V.**

Enbridge Energy, LP, et al.            ret    Alice Elizabeth Loughran

     **Defendants – Appellees**

*Bob Kelley, Courtroom Deputy*

Plaintiff Michigan Attorney General appeals, with this court's permission, the district court's order denying remand in this suit seeking declaratory and injunctive relief relating to an easement used by Michigan to transport oil and natural gas to Canada.   (15 Minutes Per Side)