## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 16, 2024

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 23-1671, *Dana Nessel v. Enbridge Energy, LP, et al*
Originating Case No. 1:21-cv-01057

Dear Ms. Filkins:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
 for Sharday Swain, Case Manager

cc: Mr. Daniel Paul Bock
Mr. Andrew Buchsbaum
Mr. John J. Bursch
Mr. Christopher Robert Clark
Mr. David Hyler Coburn
Mr. Phillip J. DeRosier
Mr. Joseph T. Heegaard
Mr. Elbert Lin
Ms. Alice Elizabeth Loughran
Mr. Jonathan D. Newman
Mr. James Mark Olson
Mr. Mark Christopher Savignac
Ms. Kaitlyn D. Shannon
Mr. Jeffery V. Stuckey
Mr. Keith David Underkoffler

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1671

_____

Filed: August 16, 2024

DANA NESSEL, Attorney General of the State of Michigan, on behalf of the people of the State of Michigan

    Plaintiff - Appellant

v.

ENBRIDGE ENERGY, LP; ENBRIDGE ENERGY COMPANY, INC.; ENBRIDGE ENERGY PARTNERS, L.P.

    Defendants - Appellees

------------------------------

AMERICAN PETROLEUM INSTITUTE; NATIONAL PROPANE GAS ASSOCIATION; LIQUID ENERGY PIPELINE ASSOCIATION; MICHIGAN PROPANE GAS ASSOCIATION; OHIO PROPANE GAS ASSOCIATION; INDIANA PROPANE GAS ASSOCIATION

## MANDATE

Pursuant to the court's disposition that was filed 06/17/2024 the mandate for this case hereby issues today.

COSTS: None