## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 29, 2024

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

          Re: Case No. 23-1671, *Dana Nessel v. Enbridge Energy, LP, et al*
               Originating Case No. : 1:21-cv-01057

Dear Ms. Filkins,

  Enclosed is a copy of the mandate filed in this case.

                                                       Sincerely yours,

                                                         s/Abby Bell Hahn
                                                         for Patricia Elder, Case Manager

cc: Mr. Daniel Paul Bock
     Mr. Andrew Buchsbaum
     Mr. John J. Bursch
     Mr. Christopher Robert Clark
     Mr. David Hyler Coburn
     Mr. Phillip J. DeRosier
     Mr. Joseph T. Heegaard
     Mr. Elbert Lin
     Ms. Alice Elizabeth Loughran
     Mr. Jonathan D. Newman
     Mr. James Mark Olson
     Mr. Mark Christopher Savignac
     Ms. Kaitlyn D. Shannon

    Mr. Jeffery V. Stuckey
    Mr. Keith David Underkoffler

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1671

_____

Filed: August 29, 2024

DANA NESSEL, Attorney General of the State of Michigan, on behalf of the people of the State of Michigan

      Plaintiff - Appellant

v.

ENBRIDGE ENERGY, LP; ENBRIDGE ENERGY COMPANY, INC.; ENBRIDGE ENERGY PARTNERS, L.P.

      Defendants - Appellees

------------------------------

AMERICAN PETROLEUM INSTITUTE; NATIONAL PROPANE GAS ASSOCIATION; LIQUID ENERGY PIPELINE ASSOCIATION; MICHIGAN PROPANE GAS ASSOCIATION; OHIO PROPANE GAS ASSOCIATION; INDIANA PROPANE GAS ASSOCIATION

## MANDATE

   Pursuant to the court's disposition that was filed 06/17/2024 the mandate for this case hereby issues today.

 COSTS:  None